IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SEAN A. HAGGARD, | Civil Action No. 5:10-cv-206 |
| Plaintiff, | |
| v. | **ORDER** |
| ANGELA S. MATTHEU, | |
| Defendant. | |

Upon Motion of the defendant, Angela S. Mattheu, and consent of the plaintiff, Sean A. Haggard, the Consent Motion for an Order remanding the above-captioned action to the General Court of Justice, Superior Court Division, County of Cumberland, North Carolina is hereby **GRANTED**.

_____
U.S. District Court Judge

Dated: 6/7/10